UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

MARY ANN MCBRIDE; BRIAN STANLEY WITTMAN; and RALPH WILLIAMS,

    Plaintiffs,

v

MICHIGAN DEPARTMENT OF CORRECTIONS; DANIEL H. HEYNS; THOMAS FINCO; RANDALL TREACHER; ANTHONY STEWART; JEFFREY WOODS; and CATHLEEN STODDARD,

    Defendants.

NO. 2:15-cv-11222

HON. SEAN F. COX

MAG. DAVID R. GRAND

## INDEX OF EXHIBITS

A.    *Reed-Bey v. Pramstaller*, 603 F.3d 322 (6th Cir. 2010)

B.    *Ellis v. Vadlamudi*, 568 F. Supp. 2d 778 (E.D. Mich. 2008)

C.    *Mingus v. Butler*, 591 F.3d 474 (6th Cir. 2010)

D.    *Paolone v. Altiere*, 2012 U.S. Dist. LEXIS 160415 (N.D. Ohio Nov. 8, 2012)

E.    *Lee v. Eller*, 2014 U.S. Dist. LEXIS 17920 (S.D. Ohio Feb. 12, 2014)

F.    *Zemedagegehu v. Arthur*, 2015 WL 1930539 (E.D. Va. Apr. 28, 2015)