*Mary Ann McBride, et al v. MDOC, et al.*
USDC-ED No: 2:15-cv-11222
Honorable Sean F. Cox
Magistrate Judge David R. Grand

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| MARY ANN MCBRIDE, et al., ) <br> ) <br> *Plaintiffs*, ) <br> ) <br> v. ) <br> ) <br> MICHIGAN DEPARTMENT ) <br> OF CORRECTIONS, et al., ) <br> ) <br> *Defendants*. ) <br> _____ ) | Civil Action No. 2:15-cv-11222 <br><br> Hon. Sean F. Cox <br> Mag. David R. Grand |

## PLAINTIFFS' NOTICE OF DEPOSITION OF HEIDI WASHINGTON

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 30, Plaintiffs Mary Ann McBride, Brian Wittman, and Ralph Williams (collectively "Plaintiffs"), through its undersigned attorneys, will conduct the deposition of Heidi Washington, the Director of Defendant Michigan Department of Corrections ("MDOC"), at Michigan Protection & Advocacy Service, Inc., 4095 Legacy Pkwy, Ste. 500, Lansing, MI 48911, (517) 487-1755, or at some other place to be mutually agreed upon by counsel. The deposition will occur before a Notary Public, court reporter, or any other person qualified to administer an oath, and will be recorded by stenographic, sound, video, audiovisual, and/or any other such appropriate means. The deposition will commence at **9:00 am** on **May 20, 2016**, and will continue up to seven hours, as permitted by the Federal Rules of Civil Procedure 30(d).

Dated: April 19, 2016

/s/ Stephen C. Bartenstein
Andrew D. Lazerow
Stephen C. Bartenstein
Megan E. Gerking
Covington & Burling LLP
One CityCenter

850 Tenth Street, NW
Washington, DC 20001
(202) 662-6000
alazerow@cov.com
sbartenstein@cov.com

Chris E. Davis (P52159)
Mark A. Cody (P42695)
Michigan Protection and
Advocacy Service, Inc.
4095 Legacy Parkway, Ste 500
Lansing, MI 48911
(517) 487-1755
cdavis@mpas.org
mcody@mpas.org

Abraham Singer (P23601)
Kitch Drutchas Wagner Valitutti &
Sherbrook
One Woodward Avenue, Ste 2400
Detroit, MI 48226
(313) 965-7445
abraham.singer@kitch.com

Hankil Kang (of counsel)
Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
(202) 662-6000
mgerking@cov.com

Deborah M. Golden (of counsel)
Elliot M. Mincberg (of counsel)
Washington Lawyers' Committee for Civil
Rights and Urban Affairs
11 Dupont Circle, NW
Suite 400
Washington, DC 20036
(202) 319-1000
deborah_golden@washlaw.org
elliot_mincberg@washlaw.org

*Attorneys for Plaintiffs*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that Notice of Deposition of Heidi Washington was served by electronic mail on April 19, 2016 to:

> Allan J. Soros (P43702)
> James E. Long (P53251)
> Jeanmarie Miller (P44446)
> Gary Grant (P76261)
> Assistant Attorneys General
> MI Department of Attorney General
> Civil Litigation, Employment & Elections Division
> P.O. Box 30217
> Lansing, MI 48909
> sorosa@michigan.gov
> longj@michigan.gov
> MillerJ51@michigan.gov
> grantg1@michigan.gov

/s/ Stephen C. Bartenstein
*Attorney for Plaintiffs*

3