# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

MARY ANN MCBRIDE, et al.,

    Plaintiffs,

v.

MICHIGAN DEPARTMENT
OF CORRECTIONS, et al.,

    Defendants.

Civil Action No. 2:15-cv-11222

Hon. Sean F. Cox
Mag. David R. Grand

## **INDEX OF EXHIBITS**

| Exhibit | Description |
| --- | --- |
| A. | Plaintiff McBride's Objections and Responses to Defendants' First Set of Interrogatories |
| B. | Michigan Department of Corrections Presentence Investigation: Evaluation and Plan (MCBRIDE 1ST RTP 000584) |
| C. | Plaintiff Williams' Amended Objections and Responses to Defendants' First Set of Interrogatories |
| D. | Grievance URF-13-10-3091-28E (MCBRIDE 1ST RTP 000607) |
| E. | Plaintiff Wittman's Objections and Responses to Defendants' First Set of Interrogatories |

| | |
|---|---|
| F. | List of Deaf and Hard of Hearing Prisoners Updated 10/21/15 (MCBRIDE 108482–86)[1] |
| G. | Kerstein 30(b)(6) Deposition Volume 1, Nov. 1, 2016 (Excerpt) |
| H. | Solomon Deposition, Oct. 14, 2016 (Excerpt) |
| I. | List of Deaf and Hard of Hearing Prisoners, Changes Since 11/15/2016 (MCBRIDE 236049–51)[2] |
| J. | Guidelines for Hearing Impaired Accommodations and Classification (MCBRIDE 1ST RTP 002378) |
| K. | Facilities Grid, Updated 10/26/2016 (MCBRIDE 236164) |
| L. | Spreadsheet of Deaf and Hard of Hearing Reviews Needed (MCBRIDE 236007)[3] |
| M. | Slagter 30(b)(6) Deposition, Apr. 11, 2016 (Excerpt) |
| N. | Gilbert 30(b)(6) Deposition, Oct. 13, 2016 (Excerpt) |
| O. | Slagter 30(b)(6) Deposition, Oct. 13, 2016 (Excerpt) |
| P. | Kenneth T. McKee, Memorandum on Assessment of Video Relay Service (VRS) for the Deaf and Hard of Hearing (MCBRIDE 236032–48) |
| Q. | Emails between Paul Slagter, Millicent Warren, Daphne Johnson, and others (Mar. 25, 2013 to July 1, 2013) (MCBRIDE 1ST RTP 001988–92) |
| R. | Defendants Response to Plaintiffs First Set of Interrogatories |
| S. | Email from Veronica Miller to Paul Slagter (Apr. 8, 2015, 10:47 AM) (MCBRIDE 1ST RTP 000682–83) |

---

[1] This exhibit redacts the names and identification numbers of the prisoners in accordance with the stipulated protective order in this case. Plaintiffs can submit an unredacted version this exhibit to the court under seal if requested.

[2] *See* note 1, *supra*.

[3] *See* note 1, *supra*.

| | |
|---|---|
| T. | Kenneth T. McKee, Memorandum on Language Services ("McKee Memo") (MCBRIDE 1ST RTP 002952–53) |
| U. | McKee 30(b)(6) Deposition, Oct. 12, 2016 (Excerpt) |
| V. | Reeves Deposition, Sept. 19, 2016 (Excerpt) |
| W. | Campbell Deposition, May 12, 2016 (Excerpt) |
| X. | Grievance WHV-13-04-1591-12D1 (MCBRIDE 1ST RTP 000574–77) |
| Y. | Grievance WHV-11-11-4704-06C (MCBRIDE 1ST RTP 000590–98) |
| Z. | Fire Control and Emergency Evacuation: DRF - Carson City Correctional Facility (MCBRIDE 002226–31); JCF - G. Robert Cotton Correctional Facility (MCBRIDE 002243–47); SMT - Parnall Correctional Facility (MCBRIDE 002315–18); SRF - Saginaw Correctional Facility (MCBRIDE 002322–26); WCC - Woodland Center Correctional Facility (MCBRIDE 002329–35); Women's Huron Valley Correctional Facility (MCBRIDE 002369–76) |
| AA. | WHV Assistive Listening Devices and Page Alert Broadcast System (MCBRIDE 1ST RTP 001772–75, MCBRIDE 1ST RTP 002394–97) |
| BB. | Expert Report of Ray Lorenzo Ray (Oct. 28, 2016) |
| CC. | Grievance WHV-2014-06-2356-06E (MCBRIDE 235405–26) |
| DD. | Czinder Deposition, Apr. 13, 2016 (Excerpt) |
| EE. | Czinder Deposition, Oct. 12, 2016 (Excerpt) |
| FF. | Expert Report of Dennis Cokely (Oct. 28, 2016) |
| GG. | *Young v. Nationwide Mut. Ins. Co.*, 693 F.3d 532 (6th Cir. 2012) |
| HH. | *Davidson v. Henkel Corp.*, 302 F.R.D. 427 (E.D. Mich. 2014) |

3

| | |
|---|---|
| II. | *Crawford v. TRW Auto. U.S. LLC*, 06–14276, 2007 WL 851627 (E.D. Mich. Mar. 21, 2007) |
| JJ. | *Glover v. Johnson*, 85 F.R.D. 1 (E.D. Mich. 1977) |
| KK. | *Reese v. CNH America LLC*, 227 F.R.D. 483 (E.D. Mich. 2005) |
| LL. | *Rikos v. Procter & Gamble Co.*, 799 F.3d 497, 508–9 (6th Cir. 2015) |
| MM. | *Dunn v. Dunn*, No. 2:14CV601-MHT, 2016 WL 4718216 (M.D. Ala. Sept. 9, 2016) |
| NN. | *Hughes v. Judd*, No. 8:12-CV-568-T-23MAP, 2013 WL 1821077 (M.D. Fla. Mar. 27, 2013) |