# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| MARY ANN MCBRIDE, et al., | ) | |
| | ) | |
| *Plaintiffs*, | ) | |
| | ) | Civil Action No. 2:15-cv-11222 |
| v. | ) | |
| | ) | Hon. Sean F. Cox |
| MICHIGAN DEPARTMENT | ) | Mag. David R. Grand |
| OF CORRECTIONS, et al., | ) | |
| | ) | |
| *Defendants*. | ) | |
| | ) | |

EXHIBIT CC

Grievance WHV-2014-06-2356-06E

# MICHIGAN DEPARTMENT OF CORRECTIONS
*"Help Make Things Right"*
## MEMORANDUM

**DATE:**      8/7/2014                                                          **LOCATION:**   **GB-22**       **WHV**

**TO:**        Halliwill, Steve / Warren, Millicent

**FROM:**      Grievance Coordinator: Bragg / Boa

**SUBJECT:**   Attached Grievance filed by prisoner    712129  M. MCBRIDE  GB-22 WHV

**Grievance Identifier:**      WHV /   2014 /  06 /  2356  /  06E

**Per revised PD-03.02.130**

**Due Date: 8/25/2014**

After reviewing the attached grievance, I have decided that you are the most appropriate staff member to investigate the issue. The completed grievance should be returned to this office by the due date above. If you are going to require additional time beyond the due date to complete the investigation and response, you must request an extension on the grievance investigation.

Received
Administrative Assistant

AUG 1 1 2014

Women's Huron Valley
Correctional Facility (WHV)

MICHIGAN DEPARTMENT OF CORRECTIONS
**PRISONER/PAROLEE GRIEVANCE APPEAL FORM**

4835-4248  5/09
CSJ-247B

Date Received by Grievance Coordinator
at Step II: _AUG 0 8 2014_

Grievance Identifier: WHV1406 2356 04E+

**INSTRUCTIONS:** THIS FORM IS ONLY TO BE USED TO APPEAL A STEP I GRIEVANCE.
The white copy of the Prisoner/Parolee Grievance Form CSJ-247A (or the goldenrod copy if you have not been provided with a Step I response in a timely manner) **MUST** be attached to the white copy of this form if you appeal it at both Step II and Step III.

If you should decide to appeal the Step I grievance response to Step II, your appeal should be directed to _Grievance_
_Coords._ by _8/21/14_ . If it is not submitted by this date, it will be considered terminated.

If you should decide to appeal the response you receive at Step II, you should send your Step III Appeal to the Director's Office, P.O. Box 30003, Lansing, Michigan, 48909.

| Name (Print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| Mary McBride | 712129 | WHV | GB224 | 6-1-14 | 8-4-14 |

**STEP II — Reason for Appeal**

See enclosed copy of my step I grievance filed on Humane treatment and living condition issue regarding discrimination against my handicap. See written statements of events and chow hall video and audio as it will verify this incident occurred on 6/1/14. There is sufficient evidence on tape of this event and no witnesses were ever interviewed regarding this incident.

**STEP II — Response**

| Date Received by Step II Respondent: |
|---|
| 8/11/14 |

please, see attached

Milicent Warren Warden     _Milicent Warren_     11/3/14
Respondent's Name (Print)     Respondent's Signature     Date

| Date Returned to Grievant: |
|---|
| 11-12-14 |

**STEP III — Reason for Appeal**

**NOTE: Only a copy of this appeal and the response will be returned to you.**

**STEP III — Director's Response is attached as a separate sheet.**

DISTRIBUTION:  White – Process to Step III;  Green, Canary, Pink – Process to Step II;  Goldenrod – Grievant

MCBRIDE 255406

my copy

July 8, 2014

Mary McBride #712129
Grievance I.D. # WHV 2014 06 2356 06E

## Step II Appeal

I'm filing my step II appeal in a timely
manner on 7-8-14, I have not
received my step I response as indicated
on grievance coordinator's response
See enclosed copy of my step I
grievance filed on humane treatment
and living condition issue degrading
discrimination against my handicap,

MCBRIDE 235407

## Step II Grievance Appeal Response

WHV-2014-06-2356-06E

**Name:** **McBride**          **Number:** **712129**          **Lock:** **GB-22**

**Summary of Step I Complaint:**

Grievant states that on 6/1/2014 Officer Wesson used demeaning language toward her. She indicates that she is deaf and could not hear what was being said, but indicates that Officer Wesson was making fun of how she speaks.

**Summary of Step I Response:**

The Step I Response reads; "During interview Prisoner McBride states that she could not understand or hear what was going on. Only could look and see other inmates laughing at her. But is unaware of what comments and statements being made due to there was no interpreter present. Therefore grievance is denied due to insufficient evidence."

**Summary of Reason for Appeal:**

Grievant disagrees with the Step I Response. She indicates that she has attached several witness statements and that video surveillance will reveal that this incident did occur.

**Summary of Step II Investigation:**

PD 03.03.130 Humane Treatment and Living Conditions for Prisoners states that "Staff shall not use or engage in, and shall discourage through appropriate means any person's use of, derogatory, demeaning, humiliating, or degrading actions or language toward others."

Based on the investigative information provided, it appears that appropriate action has been taken. The incident has been handled administratively.

**Conclusion:**

I have reviewed the Step I Grievance and Step II Grievance Appeal forms along with the Respondent's investigation information. The incident will be handled administratively.

Based on the above, your grievance is considered _____ Resolved   at Step II.

| Millicent Warren, Warden | _Millicent Warren_ | 11/3/2014 |
|---|---|---|
| Respondent's Name (Print) | Respondent's Signature | Date |

MICHIGAN DEPARTMENT OF CORRECTIONS
PRISONER/PAROLEE GRIEVANCE FORM

4835-4247  10/94
CSJ-247A

Date Received at Step I ____ JUN 1 0 2014 ____ Grievance Identifier: WHV 1406 2359 06 E

Be brief and concise in describing your grievance issue. If you have any questions regarding the grievance
procedure, refer to PD 03.02.130 and OP 03.02.130 available in the prison law library.

| Name (print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| Mary McBride | 712129 | WHV | GB224 | 6-1-14 | 6-1-14 |

What attempt did you make to resolve this issue prior to writing this grievance? On what date? June 1, 2014
If none, explain why.

I tried to question C/o Wesson to settle matters. I even asked
for an interpreter but C/o Wesson refused and continued to
humiliate me.

State problem clearly. Use separate grievance form for each issue. Additional pages; using plain paper, may be used.
Four copies of each page and supporting documents must be submitted with this form. The grievance must be submitted
to the Grievance Coordinator in accordance with the time limits of OP 03.02.130.

On date 6-1-14 I was humiliated by C/o Wesson when she was
stating "She's not retarded" referring to me while I was
waiting for the table to be cleaned in the chow hall at approx.
7:27am this date.
I am deaf. I went to the chow hall with my unit GB. When I
was served my tray I went to sit down at the next table.
The table was dirty and I asked that it be washed. C/o Wesson
appeared to be getting smart with me. I could not hear and
I didn't understand what was occurring. As the table was
being cleaned, C/o Wesson approached me about sitting down.
(Continued on plain paper)                          Mary McBride
                                                    Grievant's Signature

RESPONSE (Grievant Interviewed? ☑ Yes  ☐ No    If No, give explanation. If resolved, explain resolution.)

| Respondent's Signature | Date | Reviewer's Signature | Date |
|---|---|---|---|
| Charles Hutchinson | 6/25/2014 | Lt. Lengyel | 7/1/14 |
| Respondent's Name (Print)  Sergeant | Working Title | Reviewer's Name (Print)  CSS | Working Title |

| Date Returned to Grievant: | 7/8/14 | If resolved at Step I, Grievant sign here. Resolution must be described above. | McBRIDE 235409 | Grievant's Signature | Date |

Page 2

I then sat down. C/o Wesson started walking away talking to other inmates and I saw them looking at me and laughing about what was occurring. C/o Wesson returned to my table and continued to humiliate me, degrading me, and causing me mental distress about being deaf. She continued to harrass me and make fun of how I speak, continuing to humiliate me in front of her audience of laughing inmates. C/o Wesson's behavior was discriminating against me based on my hearing impairment. I couldn't even eat my meal. This officer's behavior is clearly a violation of Policy Directive 03.03.130 Humane Treatment and Living Condition, clearly stated in Sec. J # 4 and Sec. L. Included is my impact statement as well as supporting relevant documents. PD 03.03.130 and witness statements of fact. I've also written the Justice Department, Ombudsmen of this Civil Rights Violation.

Mary McBride
# 712129

Date - June 1, 2014

When I am called for a hearing on this matter I want an interpreter present. It's a law to have the certificated interpreter.

MCBRIDE 235410

<u>Impact Statement - page 2</u>   Mary McBride
#712129
Date - June 1, 2014

I asked her what she said. I asked her if we could
have an interpreter to understand what's going on.
She still kept repeating what I said to her. I ended
up getting upset and walked out without eating
or drinking anything. I have been deaf all my life
and this is so humiliating and degrading. I am
already trying to get by in a world that does not
easily help people who are hearing impaired.

Mary McBride
#712129

MCBRIDE 235411

Impact Statement  Mary McBride #712129
Date - June 1, 2014

On June 1, 2014, I walked with my friends to chow hall
for breakfast, by the time we got to the table, it was full
and I asked the officer which table I should go to.
She pointed that table. I wanted to make sure I
was going to the right one. When I got to that table,
it was dirty. I asked the prisoner who works at chow
hall cleaning tables, to clean it, not knowing that
officer was yelling at me. When I saw the girls by
me turned to look at the officer it made me look
over there and that officer showed me a hand
gesture for me to sit down. I said I can't, the table
is dirty. Finally I sat down after the girl was done
cleaning. As I looked around I saw people laughing
at what the officer was doing to me. I was shocked
and humiliated. The officer then came to the table
and continued to verbally degrade me. I can't
tolerate the verbal abuse from some officers anymore,
even if I don't know at times and was told of the
incidents later. I felt humiliated. C/o Wesson
came to me and showed me her name to let me
know who she is if I write a grievance. When I
tried to speak to her, she just repeated what I
said and mumbled alot so I couldn't understand

<u>Witness Statement</u>

6-1-14

From: Jill Wheeler

#897190

On, Sunday, June 1, 2014 I went to the chow hall for breakfast with Mary McBride. She is hearing impaired. I spend a lot of time with her and try to help her out whenever I can.

After we received our trays we were sitting down, the table was full so she headed to another table. Mary was unsure which row to go to, as we were finishing the 2nd to last row. Officer Wesson said, "She knows what to do." We informed Officer that she was deaf. Wesson replied with, "She may be deaf but she's not retarded." After Mary went to the table, she didn't immediately sit because the table was dirty. As she was waiting for the table to be cleaned, Officer Wesson raised her voice towards Mary and started humiliating her in front of the entire chow hall. Inmates began to laugh about it all. At one point, Officer Wesson even turned to another table and began to joke and make fun of the way Mary talks. She can't help the way she talks and honestly, she talks very well for being completely deaf.

As this went on, Officer Wesson approached Mary at the table and made a point to show her name on her uniform and dared her to grieve her. Mary didn't quite understand what was happening

<u>Witness Statement</u>                    06/01/14

                                            0800 hrs.

                            From: Ylen 897839


At approximately 0715, I walked with Mary McBride to chow. McBride is hearing impaired — no hearing at all. I assist when necessary. This morning, McBride and I were seated at separate tables. McBride stood next to the table she was told to sit at because she was waiting for it to be wiped off. From the back of the chowhall, C.O. Wesson kept shouting at Mary McBride to sit down. I and several others from GB unit said, "She's deaf, Officer."

C.O. Wesson looked at me and said, "I know she's deaf but she ain't retarded." C.O. Wesson started walking toward McBride's table, repeating the "ain't retarded" line to tables of inmates who had laughed. C.O. Wesson then approached McBride and said, "You been here some years & you ain't retarded." Then she started saying "Sit... Sit girl, sit," as if she was an ignorant animal.

C.O. Wesson strolled back down the aisle cracking jokes with laughing inmates, humiliating & degrading McBride. She said, "Trust me ladies, I deal with her in the unit & as soon as I mumble something nasty under my breath she sure as hell hears me." Then C.O. Wesson imitated McBride's speech impediment due to her deafness as inmates laughed.

One inmate said, "She can grieve you."

Witness Statement pg. 2

From: Ylen 897839

C.O. Wesson said," What's she gonna grieve?"
Then C.O. Wesson walked back to McBride and
said, "You wanna grieve me? Here's my name," as
she pointed to her name on her uniform.

McBride tried to ask questions to resolve it but
C.O. Wesson kept saying "You ain't retarded, you know
how it goes.

McBride, in tears, put her tray up & left the chow
hall crying. C.O Wesson, kept badgering, "Yeah go
ahead, go on, get outta here." McBride was too upset
& degraded to even take a bite of breakfast. I
put my tray up, not eating either, to go make sure
she was okay.

Sgt. White stood watching the entire exchange,
and never intervened to stop the humiliation.

Sara Ylen

Kosie Reo officer # 189172
I was in lunch room with
miss mary A mc.bride on
ms. office Wesson told ms.
mcbride to set at a table
We was telling ms. Wesson
that ms. mcbride could not
hear on the ms Wesson said
she ran to see what she went
I said that not true I live in
the unite with Let. after that
she went to ms. mcbride
Embarrassing Let.

GB
2lL

psic Reo officer
# 189172
6-2-14

Witness Statement                          June 1, 2014

Today, June 1, 2014 at appro. 07:25 I was at the chow hall with my unit GB. I was sitting, eating, when Officer Wesson started yelling at inmate McBride, "to sit down." An inmate stated that "she (McBride) is Deaf." Officer Wesson, responded "she's not retarded." Surrounding inmates started laughing. Officer Wesson continued to yell and repeat, "she's not retarded, she's been down awhile" Because Officer Wesson continued repeating "she's not retarded", inmates kept laughing and finding this all to be funny and entertaining.

Then Officer Wesson went up to McBride at her table, yelling and McBride asked what was wrong and tried to inform Officer Wesson that the table was dirty. But Officer Wesson kept yelling about McBride and that she's not retarded, while inmates kept laughing. Inmate McBride sat down and Officer Wesson continued saying things to McBride, mocking how McBride spoke, while inmates laughed One inmate said this matter should be grieved so Officer Wesson pointed to her name tag, stating "it's Wesson spelled like this.

During all of this McBride was trying to

MCBRIDE 235417

just sit and eat breakfast at a clean table.

Officer Wesson continued on until she had McBride in tears and unable to stay and eat breakfast.

This whole incident was not necessary and it was very degrading and humiliating for McBride and an embarrassment to me to see this Officer of authority behaving and treating a disabled person this way.

Thank you
Susie Conner
# 472936
    GB-201
June 1, 2014

CC. my file

MCBRIDE 235418

6-2.14

To WHOM THIS MAY CONCERN:

THIS IS A STATEMENT FROM PRISONER POLLY GATES #596657 IN REGARDS TO THE OFFENSIVE BEHAVIOR I WITNESSED THE MORNING OF JUNE 1, 14 IN THE HURON VALLEY WOMEN CORRECTIONAL FACILITY CHOW HALL.

I HAD RECIEVED MY TRAY AND WAS SEATED TWO TABLES AWAY FROM PRISONER MARY MCBRIDE # 712129. AN OFFICER, BY THE NAME OF WESSON YELLED ACROSS THE ROOM AT MARY FOR HER TO "SIT DOWN". MARY IS DEAF, AND THERE FORE COULD NOT HEAR OFFICER WESSON. MARY HAD ASKED ANOTHER INMATE TO WIPE THE TABLE SHE WAS TO SIT AT AND WAS WAITING FOR HER. OFFICER WESSON BECAME VISIBLY UPSET AND TOLD MARY AGAIN TO "SIT DOWN". INMATE MARY DID NOT RESPOND TO OFFICER WESSON SO THE OFFICER BEGAN TO CROSS THE ROOM YELLING AT MARY SAYING, " SIT DOWN. WHATS WRONG WITH YOU? ARE YOU RETARDED?" OTHER INMATES, SITTING AT A TABLE NEXT TO WHERE I WAS

MCBRIDE 235419

To whom it may concern,

My name is inmate Klemm #829224 and on the date of June 1st 2014 I was in the chow hall at the next table to inmate McBride between 7:15 and 7:30. I witnessed officer Wesson harassing inmate McBride without provocation. Inmate McBride is deaf and could not hear where officer Wesson was directing inmates to sit so when she tried to yell to her across the left side of the chowhall inmate was unable to read her lips. After inmate McBride had realized where officer Wesson was seating she sat down only to be further harassed by officer Wesson with words like "I know you are deaf but you ain't retarded. When I'm talking you need to read my lips don't act slow." After about 5 minutes inmate McBride had had enough of being degraded and asked for the officers name, officer Wesson said "Wesson yeah grieve it go ahead." Inmate McBride then exited the chowhall unable to eat because she was so embarassed by officer Wessons actions. Thank you for your time.

Sincerly,
Klemm #829224

6·3·14

To whom it may concern:

I'm writing this letter in regards to an incident I witnessed at breakfast on June 1st 2014 at approximately 7:30 a.m. Officer Wesson was seating inmates on the left side of the Chow hall. I witnessed officer Wesson harass inmate McBride. Inmate McBride did not see officer Wesson and being that she is deaf was unable to hear her yell where to sit. Another inmate directed her and informed Officer Wesson that inmate McBride is deaf. To this Officer Wesson replied "Just because she's deaf doesn't mean she is retarded, I know she can read my lips." Officer Wesson went on in this line of bullying for a couple minutes before inmate McBride realized what was being said. At this time Inmate McBride asked her "What did I ever do to you?!" Officer Wesson replied with "Go ahead grieve it and make sure you spell it right." I then witnessed inmate McBride leave the Chow hall almost in tears un-able to eat because she was so embarrassed. I have been incarcerated for 3½ years and have never seen such a rediculous display of bullying by an officer to an inmate. As a human being I cannot believe someone was picked on for a disability and as an inmate do not understand how someone who is supposed to "protect" us is doing the opposite. you never know where another human being is emotionally

From: Kendra Alexander 40116 RSM

Witness Statement for Mary

On Sunday June 1st 2014 in the chow hall, I witnessed Ms. Wesson belittle & humiliate and make a joke of Mary because she didn't sit down fast enough at her table. Ms. Wesson was yelling (repeatedly) from across the room for her to sit down. When she didn't comply several of us saw what was happening & told Ms. Wesson > "She's deaf and cannot hear you." "And she's waiting for her table to get washed." Ms. Wesson said in reply to her being deaf that > "Well she's not retarded and she has several years ahead of her and better learn what to do." When she made people (not myself) laugh at the retarded comment she continued to replay it a few more times. I felt embarrassed and really hurt for Mary because she didn't even know what was going on. I then got up from my table and signed (language) to her WHAT was being said! I am appalled at this officers behavior! She's supposed to conduct herself w/ at least manners. Not saying derogatory comments about inmates or their time. She owes her an apology & should be reprimanded. Maybe she needs a class on proper communication. A place in authority does not give someone the power to abuse others, that includes verbal & mental. It's emotionally damaging and we are already damaged people!

To Whom it May Concern,

On the morning of June 1st, 2014.
I wittnessed Officer Wesson,
"yell" from one end of the
chow hall to the other end.
"Sit Down" as she "yelled" this,
I heard a prissoner behind me
say "She is deaf". The officer
then replied as she was
walking towards Mary McBride
#712129. "She may be deaf
but she is not a retard."
Officer Wesson then repeated
the fact that she (Mary McBride)
was not a "retard".

Glendora Beard
#874482
GB 25L

## Step I Grievance Response

| | |
|---|---|
| Grievance Number: | ▓▓▓▓▓▓▓ |
| Prisoner Name: | Man McBride ▓▓▓▓ |
| Prisoner Number: | 712129 ▓▓▓▓ |

| | | | | |
|---|---|---|---|---|
| Prisoner | ☒ was | ☐ | was NOT interviewed. GIVE REASON: | ▓▓▓▓▓▓ |

**SUMMARY OF COMPLAINT:**

Prisoner Mcbride#712129 complaint of harassment from Officer D. Wesson about her hearing impairment.

**INVESTIGATION INFORMATION**

At 1008 hours on June 25,2014 Sergeant Hutchinson conducts interview with Mcbride and Interpreter Ms. Hardenburgh.

**APPLICABLE POLICY, PROCEDURE, ETC.**

Policy Directive 03.03.130

**SUMMARY**

During interview Prisoner Mcbride states that she could not understand or hear what was going on. Only could look and see other inmates laughing at her. But is unaware of what comments and statements being made due to there was no interpreter present. There fore greivance is denied due to insufficient evidence.

| | | | |
|---|---|---|---|
| RESPONDENT NAME: | Charles Hutchinson | TITLE: | Sergeant |
| RESPONDENT SIGNATURE: | *(signature)* | DATE: | 6/25/2014 |

| | | | |
|---|---|---|---|
| REVIEWER NAME: | Tom Lengyel | TITLE: | Lieutenant |
| REVIEWER SIGNATURE: | *(signature)* | DATE: | 7/7/14 |

## Step II Grievance Appeal Response

**WHV-2014-06-2356-06E**

**Name:**  **McBride**                **Number:**  **712129**          **Lock:**  **GB-22**

### Summary of Step I Complaint:

Grievant states that on 6/1/2014 Officer Wesson used demeaning language toward her. She indicates that she is deaf and could not hear what was being said, but indicates that Officer Wesson was making fun of how she speaks.

### Summary of Step I Response:

The Step I Response reads; "During interview Prisoner Mc___ ___ ___ ___ ___ear
what was going on. Only could look and see other inmates ___ ___ ___nents
and statements being made due to there was no interpreter
insufficient evidence."

*Should this be formally investigated ??*
*Employee discharged on 11/5/14 Mek*

### Summary of Reason for Appeal:

Grievant disagrees with the Step I Response. She indic___ ___ ___ ___ ___ ___ ___ ___ments and
that video surveillance will reveal that this incident did ___ ___ ___ ___

### Summary of Step II Investigation:

PD 03.03.130 Humane Treatment and Living Conditions for Prisoners states ___. ___ ___ ___ use or engage
in, and shall discourage through appropriate means any person's use of, derogatory, demeani___, ___umiliating, or
degrading actions or language toward others."

*that appropriate has been taken. Admin*

Based on the investigative information provided, it appears ~~the incident should be investigated further. This incident will be referred for formal investigation and will be handled administratively.~~

### Conclusion:

I have reviewed the Step I Grievance and Step II Grievance Appeal forms along with the Respondent's investigation information. The incident will be handled administratively.

Based on the above, your grievance is considered                    Resolved      at Step II.

Millicent Warren, Warden                *Millicent Warren*                    11/3/2014

------

Respondent's Name (Print)            Respondent's Signature                Date

Practice Group Manager                              Practice Group Manager

MCBRIDE 235426