## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

_____

MARY ANN MCBRIDE, et al.,  )
             )
    Plaintiffs,    )
             )  Civil Action No. 2:15-cv-11222
    v.       )
             )  Hon. Sean F. Cox
MICHIGAN DEPARTMENT  )  Mag. David R. Grand
OF CORRECTIONS, et al.,   )
             )
    Defendants.   )
_____ )

## INDEX OF EXHIBITS

| **Exhibit** | **Description** |
|---|---|
| A. | Plaintiff McBride's Objections and Responses to Defendants' First Set of Interrogatories (October 28, 2016) |
| B. | Plaintiff Williams' Amended Objections and Responses to Defendants' First Set of Interrogatories (November 28, 2016) |
| C. | Plaintiff Wittman's Objections and Responses to Defendants' First Set of Interrogatories (October 28, 2016) |
| D. | MDOC 30(b)(6) Dep. (Talcott) (April 14, 2016) (Excerpts) |
| E. | MDOC 30(b)(6) Dep. (Harbaugh) (April 15, 2016) (Excerpts) |
| F. | MDOC 30(b)(6) Dep. (Solomon) (October 14, 2016) (Excerpts) |
| G. | MDOC 30(b)(6) Dep. (Kerstein) (November 1, 2016) (Excerpts) |
| H. | MDOC 30(b)(6) Dep. (Gilbert) (October 13, 2016) (Excerpts) |
| I. | Guidelines for Hearing Impaired Accommodations and Classification (April 27, 2016) |

J.        Michigan Department of Corrections - Bureau of Health Care
          Services, Onsite Health Care Services Grid (October 28, 2015)

K.        MDOC 30(b)(6) Dep. (Slagter) (April 11, 2016) (Excerpts)

L.        List of Deaf and Hard of Hearing Prisoners Attached as Exhibit
          5 to Defendants' Response in Opposition to Plaintiffs' Motion
          for Class Certification (March 10, 2017) (filed under seal)

M.        MDOC 30(b)(6) Dep. (Slagter) (October 13, 2016) (Excerpts)

N.        Plaintiffs' Notice of Deposition Pursuant to Rule 30(b)(6)
          (February 5, 2016)

O.        Plaintiffs' Notice of Supplemental Deposition of MDOC
          Pursuant to Rule 30(b)(6) (July 20, 2016)

P.        Expert Report of Richard Lorenzo Ray (October 28, 2016)

Q.        Expert Report of Dennis Cokely, Ph.D. (October 28, 2016)

R.        Emails between Paul Slagter, Millicent Warren, Daphne
          Johnson, and others (March 25, 2013 to July 1, 2013)

S.        Memo from Paul Slagter to Ken McKee re: Assessment of
          Video Relay Service (VRS) for the Deaf and Hard of Hearing
          (December 19, 2016)

T.        Defendants' Response to Plaintiffs' First Set of Interrogatories
          (April 12, 2016)

U.        List of MDOC TTYs

V.        Excerpts from MDOC Prisoner Medical Records (filed under
          seal)

W.        Wittman Grievance Document

X.        McBride Grievance WHV-2013-03-1391-03F

Y.        Slagter Deposition (April 11, 2016) (Excerpts)

Z.        Reeves Deposition (September 19, 2016) (Excerpts)

AA.        MDOC 30(b)(6) Dep. (McKee) (October 12, 2016) (Excerpts)

BB.        Memorandum from Kenneth T. McKee to Wardens re: Language Services (July 20, 2015)

CC.        Campbell Dep. (May 12, 2016) (Excerpts)

DD.        Grievance WHV-11-11-4704-06C

EE.        Excerpts from MDOC Prisoner Medical Records (filed under seal)

FF.        Brewer Dep. (May 13, 2016) (Excerpts)

GG.        Excerpts from MDOC Prisoner Medical Records (filed under seal)

HH.        Excerpts from MDOC Prisoner Medical Records (filed under seal)

II.        Excerpts from MDOC Prisoner Medical Records (filed under seal)

JJ.        Excerpts from MDOC Prisoner Medical Records (filed under seal)

KK.        Grievance JCF-13090-1609-12Z1

LL.        Defendants' First Supplemental Response to Plaintiffs' First Set of Requests for Production (April 8, 2016)

MM.        Excerpts from MDOC Prisoner Medical Records (filed under seal)

NN.        Excerpts from MDOC Prisoner Medical Records (filed under seal)

OO.        Excerpts from MDOC Prisoner Medical Records (filed under seal)

PP.        Excerpts from MDOC Prisoner Medical Records (filed under seal)

QQ.  Excerpts from MDOC Prisoner Medical Records (filed under seal)

RR.  Excerpts from MDOC Prisoner Medical Records (filed under seal)

SS.  Affidavit of Paul Slagter Attached as Exhibit 10 to Defendants' Response in Opposition to Plaintiffs' Motion for Class Certification (March 10, 2017)

TT.  WHV Operating Procedure: Assistive Listening Devices and Page Alert Broadcast System (April 26, 2016)

UU.  Grievance WHV-2014-06-2356-06E

VV.  Grievance URF-1406-1931-17a

WW.  Czinder 30(b)(6) Deposition (April 13, 2016) (Excerpts)

XX.  Czinder 30(b)(6) Deposition (October 12, 2016) (Excerpts)

YY.  *Ability Ctr. of Greater Toledo v. City of Sandusky*, 385 F.3d 901 (6th Cir. 2004)

ZZ.  *Alexander v. Choate,* 469 U.S. 287 (1985)

AAA.  *Anderson v. Liberty Lobby, Inc.*, 477 U.S. 242 (1986)

BBB.  *Clarkson v. Coughlin*, 898 F. Supp. 1019 (S.D.N.Y. 1995)

CCC.  *Heyer v. U.S. Bureau of Prisons*, 849 F.3d 202 (4th Cir. 2017)

DDD.  *Karlik v. Colvin*, 15 F. Supp. 3d 700 (E.D. Mich. 2014)

EEE.  *Keith v. Cty. of Oakland*, 703 F.3d 918 (6th Cir. 2013)

FFF.  *Niece v. Fitzner*, 922 F. Supp. 1208 (E.D. Mich. 1996)

GGG.  *Pierce v. D.C.*, 128 F. Supp. 3d 250 (D.C. Cir. 2015)

HHH.  *U.S. SEC v. Sierra Brokerage Services, Inc.*, 712 F.3d 321 (6th Cir. 2013)

III.       Appendix B, 1991 Section-by-Section Analysis on 28 C.F.R. §
           35.105

JJJ.       H.R. Rep. No. 101–485, pt. III (1990)