UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

_____
MARY ANN MCBRIDE, et al.,         )
                                  )
        Plaintiffs,               )
                                  )     Civil Action No. 2:15-cv-11222
        v.                        )
                                  )     Hon. Sean F. Cox
MICHIGAN DEPARTMENT               )     Mag. David R. Grand
OF CORRECTIONS, et al.,           )
                                  )
        Defendants.               )
_____   )

## INDEX OF EXHIBITS

| Exhibit | Description |
|---|---|
| KKK. | Excerpts from MDOC Prisoner Medical Records (filed under seal) |
| LLL. | Excerpts from MDOC Prisoner Medical Records (filed under seal) |
| MMM. | MDOC 30(b)(6) Dep. (Slagter) (April 11, 2016) (Excerpts) |
| NNN. | Grievance DRF-14-01-0059-07a (filed under seal) |
| OOO. | MDOC 30(b)(6) Dep. (Harbaugh) (April 15, 2016) (Excerpts) |
| PPP. | Comparison of Defendants' Summary Judgment Motions |
| QQQ. | Cokely Dep. (December 9, 2016) (Excerpts) |
| RRR. | *Ammex, Inc. v. Cox*, 351 F.3d 697 (6th Cir. 2003) |
| SSS. | *Friends of the Earth, Inc. v. Laidlaw Envtl. Servs. (TOC), Inc.*, 528 U.S. 167 (2000) |
| TTT. | *Haight v. Thompson*, 763 F.3d 554 (6th Cir. 2014) |

UUU. *Howe v. City of Akron*, 801 F.3d 718 (6th Cir. 2015)

VVV. *Lowe v. Vadlamudi*, 2011 WL 1256626 (E.D. Mich. Mar. 31, 2011)

WWW. *Northland Family Planning Clinic, Inc. v. Cox*, 487 F.3d 323 (6th Cir. 2007)

XXX. *Turner v. Safley*, 482 U.S. 78 (1987)

YYY. *Washington v. Reno*, 35 F.3d 1093 (6th Cir. 1994)

ZZZ. *Whitney v. Brown*, 882 F.2d 1068 (6th Cir. 1989)