UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

_____
MARY ANN MCBRIDE, et al.,      )
                               )
        Plaintiffs,            )
                               )   Civil Action No. 2:15-cv-11222
v.                             )
                               )   Hon. Sean F. Cox
MICHIGAN DEPARTMENT            )   Mag. David R. Grand
OF CORRECTIONS, et al.,        )
                               )
        Defendants.            )
_____ )

## INDEX OF EXHIBITS

| Exhibit | Description |
| --- | --- |
| AAAA. | Exhibit G.1 to Richard Ray's Expert Report |
| BBBB. | MDOC Policy Directive for Prisoner Telephone Use (Effective January 1, 2009) |
| CCCC. | Settlement Agreement in *Jarboe, et al v. Maryland Department of Public Safety and Correctional Services (DPSCS), et al*, U.S. District Court of Maryland Case No. 1:12-cv-00572-ELH |
| DDDD. | Settlement Agreement Between Defendants the Commonwealth of Kentucky et al. and Plaintiffs Oscar Adams and Michael Knights (May 18, 2015) |
| EEEE. | Settlement Agreement Between the United States of America and Nueces County, Texas Under the Americans with Disabilities Act (January 30, 2015) |
| FFFF. | Settlement Agreement Between the United States of America and Merced County, California Under the Americans with Disabilities Act (July 20, 2015) |

| | |
|---|---|
| GGGG. | Settlement Agreement Between the United States of America and Pennington County, South Dakota Under the Americans with Disabilities Act (June 1, 2015) |
| HHHH. | Excerpts from MDOC Prisoner Medical Records (filed under seal) |
| IIII. | Grievance URF-13-10-3091-28E |
| JJJJ. | Grievance WHV-13-04-1591-12D1 |
| KKKK. | Defendants' Response to Plaintiffs' First Set of Requests for Production of Documents (November 13, 2015) |