UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Mary Ann McBride, *et al.*,

    Plaintiffs,

v.                                          Case No. 15-11222

Michigan Department of Corrections,    Sean F. Cox
*et al.*,                                                United States District Court Judge

    Defendant.
_____/

**ORDER ADOPTING
6/30/17 REPORT AND RECOMMENDATION**

Plaintiffs filed this putative class action on March 31, 2015. The matter was referred to Magistrate Judge David R. Grand for all pretrial proceedings.

On June 30, 2017, Magistrate Judge Grand issued a Report and Recommendation ("R&R") wherein he recommends that the Court grant Plaintiffs' Motion for Class Certification. (D.E. No. 94).

The time for filing objections to the R&R has expired and the docket reflects that neither party has filed objections to the R&R. The Court hereby ADOPTS the June 30, 2017, R&R.

IT IS ORDERED that Plaintiffs' Motion for Class Certification is GRANTED and the Court hereby CERTIFIES the following class: "all deaf and hard of hearing individuals in the custody of the MDOC (whether now or in the future), who require hearing-related accommodations, including but not limited to interpreters, hearing devices, or other auxiliary aids or services, to communicate effectively and/or to access or participate in programs, services,

or activities available to individuals in the custody of the MDOC."

    IT IS SO ORDERED

                                        s/Sean F. Cox
                                        Sean F. Cox
                                        United States District Judge

Dated: July 20, 2017

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 20, 2017, by electronic and/or ordinary mail.

                                        s/Jennifer McCoy
                                        Case Manager