# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| MARY ANN MCBRIDE, et al., )<br>)<br>*Plaintiffs,* )<br>)<br>v. )<br>)<br>MICHIGAN DEPARTMENT OF )<br>CORRECTIONS, et al., )<br>)<br>*Defendants.* )<br>) | Civil Action No. 2:15-cv-11222<br><br>Hon. Sean F. Cox<br>Mag. David R. Grand |

## ORDER GRANTING THE PARTIES' JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT (DOC. # 111) AND SETTING DATE FOR FAIRNESS HEARING

On September 28, 2018, this Court received the Parties' Joint Motion for Preliminary Approval of Class Action Settlement (Doc. # 111) ("Joint Motion"). After having reviewed the Joint Motion, the Proposed Settlement Agreement (Doc. # 112), and the Parties' related filings, and for the reasons stated on the record at the January 10, 2019 hearing on the Joint Motion, IT IS ORDERED that the Parties' Joint Motion is GRANTED, and that:

1. The Court grants preliminary approval of the Proposed Settlement Agreement;

2. Notice will be directed to class members in accordance with the Parties' Proposed Notice Plan set forth in Exhibit B to the Joint Motion (Doc. #

111-3), and in the form set forth in Exhibit B-1 to the Joint Motion (Doc. # 111-4); and

3. A fairness hearing is scheduled for **March 21, 2019 at 10:00 a.m.** in Courtroom 817 of the Theodore Levin U.S. Courthouse, 231 W. Lafayette Blvd., Detroit, MI 48226.

IT IS SO ORDERED.

Dated: January 15, 2019                 s/Sean F. Cox
                                        Sean F. Cox
                                        U. S. District Judge

The parties, through their respective counsel, stipulate to the entry of the above order.

Date: January 11, 2019                          Date: January 11, 2019

/s/ Abraham Singer                              /s/ A. Peter Govorchin
Abraham Singer (P23601)                         A. Peter Govorchin (P31161)
Law Offices of Abraham Singer PLLC              Assistant Attorney General
30833 Northwestern Hwy Suite 120                MI Dept of Attorney General
Farmington Hills, MI 48334                      Complex Litigation Division
(248) 626-8888                                  P.O. Box 30736
asinger@singerpllc.com                          Lansing, MI 48909
                                                (517) 373-6434
                                                govorchinp@michigan.gov

*Counsel for Plaintiffs*                        *Counsel for Defendants*