# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| MARY ANN MCBRIDE, et al., ) | |
| ) | |
| *Plaintiffs,* ) | |
| ) | Civil Action No. 2:15-cv-11222 |
| v. ) | |
| ) | Hon. Sean F. Cox |
| MICHIGAN DEPARTMENT OF ) | Mag. David R. Grand |
| CORRECTIONS, et al., ) | |
| ) | |
| *Defendants.* ) | |
| ) | |

## ORDER GRANTING THE PARTIES' JOINT MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

The Court, having reviewed the Parties' Joint Motion for Final Approval of Class Action Settlement ("Motion"), the supporting memorandum of law and accompanying declaration, the Proposed Settlement Agreement ("Agreement"), and all objections submitted to the Court, and having held a fairness hearing regarding the Agreement on March 28, 2019, hereby GRANTS the Motion, and ORDERS that:

1. The Agreement is approved as fair, reasonable, adequate, and in the best interests of the class pursuant to Federal Rule of Civil Procedure 23(e);

2. The award of fees and costs referenced in Section XVII.C of the Agreement is approved as reasonable given the rates charged, the size, reputation,

and experience of counsel, and the hours reasonably expended during this litigation.

3. Pursuant to Section XVII of the Agreement and Federal Rule of Civil Procedure 41(a)(2), Plaintiffs' claims in this action are DISMISSED with prejudice, but this Court retains jurisdiction over this action to enforce the terms of the Agreement as needed.

IT IS SO ORDERED.

Dated: March 29, 2019                             s/Sean F. Cox
                                                          Sean F. Cox
                                                          U. S. District Judge

The parties, through their respective counsel, stipulate to the entry of the above order.

| Date: March 14, 2019 | Date: March 14, 2019 |
|---|---|
| */s/ A. Peter Govorchin* | */s/ Andrew D. Lazerow* |
| A. Peter Govorchin (P31161) | Andrew D. Lazerow |
| Assistant Attorney General | Stephen C. Bartenstein |
| MI Dept of Attorney General | Philip J. Levitz |
| Complex Litigation Division | Covington & Burling LLP |
| P.O. Box 30736 | One CityCenter |
| Lansing, MI 48909 | 850 Tenth Street, NW |
| (517) 373-6434 | Washington, DC 20001 |
| govorchinp@michigan.gov | (202) 662-6000 |
|  | alazerow@cov.com |
|  | sbartenstein@cov.com |
|  | plevitz@cov.com |
| *Counsel for Defendants* | *Counsel for Plaintiffs* |