UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Mary Ann McBride, *et. al.*,

    Plaintiff,

v.                                  Case No. 15-11222

Michigan Department of Corrections,      Sean F. Cox
*et. al.*,                             United States District Court Judge

    Defendant.
_____/

**ORDER STRIKING BRANDON RESCH'S OBJECTIONS (ECF No. 162); ADOPTING MAGISTRATE JUDGE GRAND'S MAY 26, 2020 REPORTS AND RECOMMENDATIONS (ECF Nos. 156 and 157); AND DENYING EDWARD BURLEY'S MOTIONS (ECF Nos. 133, 135, and 137)**

On March 29, 2019, the Court entered an order granting the parties' joint motion for final approval of class action settlement. (ECF No. 120). This order implemented a settlement agreement that had been reached by the parties. Thereafter, Edward Burley (who purports to be a class member) filed three *pro se* motions: (1) a motion for relief from judgment (ECF No. 133); (2) a motion to enforce compliance with the Settlement Agreement (ECF No. 135); and (3) a motion for temporary restraining order and preliminary injunction. (ECF No. 137).

On January 9, 2020, the Court referred Burley's motions to Magistrate Judge David R. Grand. (ECF No. 147). On May 26, 2020, Judge Grand issued two Reports and Recommendations, wherein he recommends that the Court deny Burley's three pending motions. (ECF Nos. 156 and 157).

1

The time permitted to file objections has passed and Burley has not objected to Judge Grand's recommended dispositions of his motions. Typically, that would resolve these motions. However, another purported class member, Brandon Resch, has objected to one of Judge Grand's Reports and Recommendations. (ECF No. 162). Resch acknowledges that Burley's motions are "outside of [his] purview," and that he and Burley "have not talked nor corresponded in any manner whatsoever with one another to date." (ECF No. 162, PageID 4823-4824). Nonetheless, Resch asks the Court to disregard Judge Grand's recommended disposition of one of Burley's motions.

Resch has no authority to object on Burley's behalf. Accordingly, the Court **STRIKES** Resch's objections. (ECF No. 162).

Because Burley has not filed any objection within the time permitted for objections, the Court **ADOPTS** Judge Grand's Reports and Recommendations. (ECF Nos. 156 and 157). Accordingly, the Court **DENIES** the motion for relief from judgment (ECF No. 133); **DENIES** the motion to enforce compliance with settlement agreement (ECF No. 135); and **DENIES** the motion for temporary restraining order and preliminary injunction. (ECF No. 137).

**IT IS SO ORDERED**.

                                              s/Sean F. Cox
                                              Sean F. Cox
                                              United States District Judge

Dated: July 6, 2020