# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: January 06, 2021

Mr. Brandon Resch
Carson City Correctional Facility
10274 Boyer Road
Carson City, MI 48811

Re: Case No. 20-2043, *Mary McBride, et al v. MDOC, et al*
Originating Case No.: 2:15-cv-11222

Dear Counsel,

The Court issued the enclosed Order today in this case.

Sincerely,

s/Antoinette Macon
Case Manager
Direct Dial No. 513-564-7015

cc: Mr. Scott Allen Mertens
　　Mr. David J. Weaver
　　Mr. Zachary Austin Zurek

Enclosure

Case No. 20-2043

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

### ORDER

BRANDON RESCH

    Interested Party - Appellant

and

MARY ANN MCBRIDE; BRIAN STANLEY WITTMAN; RALPH WILLIAMS

    Plaintiffs

v.

MICHIGAN DEPARTMENT OF CORRECTIONS; DANIEL H. HEYNS, in his official capacity as Director of the Michigan Department of Corrections; THOMAS G. FINCO, in his official capacity as Deputy Director of the Correctional Facilities Administration; RANDY TREACHER, in his official capacity as Chief Deputy Director of the Michigan Department of Corrections; ANTHONY STEWART, in his official capacity as Warden of the Women's Huron Valley Correctional Facility; JEFFREY WOODS, Warden, in his official capacity as Warden of the Chippewa Correctional Facility; CATHLEEN STODDARD, in her official capacity as Warden of the Carson City Correctional Facility

    Defendants - Appellees

   Appellant having previously been advised that failure to satisfy certain specified obligations would result in dismissal of the case for want of prosecution and it appearing that the appellant has failed to satisfy the following obligation(s):

    The proper fee was not paid by November 23, 2020

It is therefore **ORDERED** that this cause be, and it hereby is, dismissed for want of prosecution.

                                            **ENTERED PURSUANT TO RULE 45(a),**
                                            **RULES OF THE SIXTH CIRCUIT**
                                            Deborah S. Hunt, Clerk

Issued: January 06, 2021