UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

MARY ANN MCBRIDE, et al., )
)   Civil Action No. 2:15-cv-11222
*Plaintiffs*, )
)   Hon. Sean F. Cox
v. )   Mag. David R. Grand
)
MICHIGAN DEPARTMENT )
OF CORRECTIONS, et al., ) **STIPULATED ORDER TO APPOINT A**
) **NEW SETTLEMENT MONITOR**
*Defendants*. )
)

| | |
|---|---|
| Abraham Singer (P23601)<br>Law Offices of Abraham Singer<br>30833 Northwestern Hwy. Ste. 120<br>Farmington Hills, MI 48334<br>(248) 626-8888<br>asinger@singerpllc.com<br><br>Andrew D. Lazerow<br>Stephen C. Bartenstein<br>Brian E. Kempfer<br>Covington & Burling LLP<br>850 Tenth Street, NW<br>Washington, DC 20001<br>(202) 662-6000<br>alazerow@cov.com<br><br>Chris E. Davis (P52159)<br>Disability Rights Michigan<br>4095 Legacy Parkway, Ste 500<br>Lansing, MI 48911<br>(517) 487-1755<br>cdavis@mpas.org<br><br>*Attorneys for Plaintiffs* | Kristin M. Heyse (P64353)<br>Zachary A. Zurek (P80116)<br>Assistant Attorneys General<br>Attorneys for Defendants<br>Michigan Dep't of Corrections,<br>Heyns, Finco, Treacher, Stewart,<br>Woods & Stoddard<br>Michigan Dep't of Attorney General<br>MDOC Division<br>P.O. Box 30217<br>Lansing, MI 48909<br>(517) 335-3055<br>heysek@michigan.gov<br>Zurekz1@michigan.gov<br><br>*Attorneys for Defendants* |

## STIPULATED ORDER TO APPOINT A NEW SETTLEMENT MONITOR

*WHEREAS* the passing of the Settlement Monitor Michael K. Brady of Sabot Consulting on November 3, 2021 leaves the McBride Settlement Agreement without a named Settlement Monitor.

*WHEREAS* Rick Wells has been assisting Michael K. Brady with his duties as Settlement Monitor for the duration of his monitor term by conducting inspections of MDOC facilities, interviewing class members and MDOC personnel, and assisting in drafting the Settlement Monitor's reports, among other activities.

NOW THEREFORE the parties hereby agree and stipulate to the following amendments to the Settlement Agreement (ECF No. 112) and the Stipulated Order of February 20, 2020 (ECF No. 150):

1. Paragraph 19 of Section II of the Settlement Agreement is hereby deleted in its entirety and replaced with the following: "Settlement Monitor" means Rick Wells of Sabot Consulting;

2. All references to "Mike Brady" in the Stipulated Order of February 20, 2020 (ECF No. 150) are hereby replaced with "Rick Wells."; and,

3. All references to "Mike.Brady@sabotconsult.com" in the Stipulated Order of February 20, 2020 (ECF No. 150) are hereby replaced with "Rick.Wells@sabotconsult.com."

IT IS SO ORDERED.

THIS 12th DAY OF January, 2022

| | |
|---|---|
| s/Sean F. Cox | s/David R. Grand |
| Sean F. Cox | David R. Grand |
| United States District Judge | United States Magistrate Judge |

The parties, through their respective counsel, stipulate to the entry of the above order.

Date:  January 10, 2022

*/s/ Kristin M. Heyse*
Kristin M. Heyse (P64353)
Zachary A. Zurek (P80116)
Attorney for Defendants Michigan Dep't of Corrections, Daniel H. Heyns, Thomas Finco, Randall Treacher, Anthony Stewart, Jeffrey Woods & Cathleen Stoddard
Michigan Dep't of Attorney General
MDOC Division
P.O. Box 30217
Lansing, MI 48909
(517) 335-3055
heysek@michigan.gov
Zurekz1@michigan.gov

*Counsel for Defendants*

Date:  January 10, 2022

*/s/ Brian E. Kempfer w/permission*
Andrew D. Lazerow
Stephen C. Bartenstein
Brian E. Kempfer
Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
(202) 662-6000
alazerow@cov.com
sbartenstein@cov.com
bkempfer@cov.com

*Counsel for Plaintiffs*