UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| MARY ANN MCBRIDE, et al., | ) |
| *Plaintiffs*, | ) Civil Action No. 2:15-cv-11222 |
| v. | ) Hon. Sean F. Cox |
| | ) Mag. David R. Grand |
| MICHIGAN DEPARTMENT CORRECTIONS, et al., | ) **STIPULATED ORDER FINDING MDOC IN SUBSTANTIAL COMPLIANCE WITH THE TERMS OF THE SETTLEMENT AGREEMENT, TERMINATING MONITORING, AND TERMINATING THIS COURT'S JURISDICTION** |
| *Defendants*. | ) |

Abraham Singer (P23601)
Law Offices of Abraham Singer
30833 Northwestern Hwy. Ste. 120
Farmington Hills, MI 48334
(248) 626-8888
asinger@singerpllc.com

Andrew D. Lazerow
Stephen C. Bartenstein
Brian E. Kempfer
Covington & Burling LLP
850 Tenth Street, NW
Washington, DC 20001
(202) 662-6000
alazerow@cov.com

John A. Sloat (P75933)
Disability Rights Michigan
4095 Legacy Parkway, Ste 500
Lansing, MI 48911
(517) 487-1755
jsloat@drmich.org

*Attorneys for Plaintiffs*

Kristin M. Southerland (P64353)
Assistant Attorney General
Attorney for Defendants
  Michigan Dep't of Corrections,
  Heyns, Finco, Treacher, Stewart,
  Woods & Stoddard
Michigan Dep't of Attorney General
Corrections Division
P.O. Box 30217
Lansing, MI 48909
(517) 335-3055
southerlandk@michigan.gov

*Attorney for Defendants*

## STIPULATED ORDER FINDING MDOC IN SUBSTANTIAL COMPLIANCE WITH THE TERMS OF THE SETTLEMENT AGREEMENT, TERMINATING MONITORING, AND TERMINATING THIS COURT'S JURISDICTION

The parties hereby stipulate and agree as follows:

1. Section XVI.D of the Settlement Agreement (ECF No. 112) provides for termination of the Settlement Monitor's responsibilities when "the Settlement Monitor issues written certification to the Court and Parties that the MDOC is in substantial compliance with its obligations under [the] Agreement." Section XVII.D of the Settlement Agreement states that this "Court will retain jurisdiction over this action . . . during the period of the Settlement Monitor's appointment."

2. On November 27, 2023, Settlement Monitor Rick Wells of Sabot Consulting, Inc., issued his seventh six-month report indicating that "MDOC has certainly demonstrated overall substantial compliance with the requirements of the [Settlement Agreement]."

3. Given the Settlement Monitor's finding of substantial compliance, and pursuant to the terms of the Settlement Agreement, the Settlement Monitor's responsibilities and this Court's jurisdiction over this matter are hereby terminated.

IT IS SO ORDERED.

THIS 12th DAY OF December 2023

s/Sean F. Cox  
Hon. Sean F. Cox  
United States District Judge

s/David R. Grand  
Hon. David R. Grand  
United States Magistrate Judge

The parties, through their respective counsel, stipulate to the entry of the above order.

| | |
|---|---|
| Dated: December 1, 2023 | Dated: December 1, 2023 |
| */s/ Kristin M. Southerland* | */s/Brian E. Kempfer (w/permission)* |
| Kristin M. Southerland (P64353) | Andrew D. Lazerow |
| Attorney for Defendants | Stephen C. Bartenstein |
|   Michigan Dep't of Corrections; | Brian E. Kempfer |
|   Heyns, Finco, Treacher, Stewart, | Covington & Burling LLP |
|   Woods & Stoddard | One CityCenter |
| Michigan Dep't of Attorney General | 850 Tenth Street, NW |
| Corrections Division | Washington, DC 20001 |
| P.O. Box 30217 | (202) 662-6000 |
| Lansing, MI 48909 | alazerow@cov.com |
| (517) 335-3055 | sbartenstein@cov.com |
| southerlandk@michigan.gov | bkempfer@cov.com |
| | |
| *Counsel for Defendants* | *Counsel for Plaintiffs* |

3