UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARY ANN McBRIDE, et al.,

Plaintiffs,

v.

MICHIGAN DEPARTMENT OF CORRECTIONS, et al.,

Defendants.

Case No. 15-cv-11222

Honorable Robert J. White
Magistrate Judge David R. Grand

**ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND DENYING DAVID SMITH'S MOTION FOR A PRELIMINARY INJUNCTION**

Several inmates who are deaf or hearing impaired commenced this class action alleging, among other things, that the Michigan Department of Corrections violated the Americans with Disabilities Act and the Rehabilitation Act. After the district judge previously assigned to this case awarded partial summary judgment to the class plaintiffs, and ordered certain relief, the parties reached a settlement. (ECF No. 118-2). The settlement agreement authorized a "Settlement Monitor" to observe and report on the MDOC's compliance with its obligations under the agreement.

Before the Court is Magistrate Judge David R. Grand's October 19, 2026 report and recommendation. (ECF No. 240). The report recommends that the Court

deny inmate David Smith's motion for a preliminary injunction to enforce aspects of the settlement agreement. (*Id.*, PageID.5323, 5325; *see also* ECF No. 238). Smith did not object to the report and recommendation pursuant to Fed. R. Civ. P. 72(b)(2).

The Court had an opportunity to fully review the matter and believes that the magistrate judge reached the correct conclusions for the appropriate reasons. Accordingly,

IT IS ORDERED that the magistrate judge's October 19, 2026 report and recommendation (ECF No. 240) is hereby accepted and adopted.

IT IS FURTHER ORDERED that Smith's motion for a preliminary injunction (ECF No. 238) is denied.

Dated: November 12, 2026

s/ Robert J. White
Robert J. White
United States District Judge